FRANCIS J. SWAYZE, executor, &c., complainant,

*v.*

CARLISLE R. LANE et al., defendants.

[Argued March 17th, 1915.  Decided June 14th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported in *82 N. J. Eq. 127.* Reported, also, *sub nom. Swayze, Executor, &c.,* v. *Huntington et al., 83 N. J. Eq. 335.*

*Messrs. Coult & Smith* and *Mr. Gilbert Collins,* for the appellants.

*Mr. Edward M. Colie, Mr. John R. Hardin, Mr. Edward S. Atwater, Mr. Charles E. Littlefield* (of the New York bar), *Mr. Thomas P. McKenna* and *Mr. John W. Sheehan* (of the Massachusetts bar), for the respondents.

PER CURIAM.

These are cross-appeals from a decree entered in the court of chancery. The decree in question so far conforms to the *remittitur* of this court entered on a review of earlier proceedings in the case, except as to the matter of counsel fees, which was not before us.

For the reasons stated in our opinion upon which that *remittitur* was founded, all of the decree appealed from, except those portions dealing with the matter of counsel fees, will be affirmed. As to counsel fees the decree was as follows: "A counsel fee of $5,000 to William A. Smith, as guardian *ad litem* and of counsel with the infant defendants; and a counsel fee of $5,000 to Thomas P. McKenna, and Sheehan & Cutting of counsel with Charles R. Lane, together with disbursements to Messrs. McKenna & Sheehan of $500." The allowance of $5,500 to Messrs.

McKenna & Sheehan is, in our opinion, without legal justification, and that portion of the decree awarding it must be reversed *in toto.* The allowance to Mr. Smith we consider excessive, and think $1,500 a reasonable compensation for his services as guardian *ad litem* of and as counsel for the infant defendants. The portion of the decree dealing with this latter allowance will be modified so as to fix the amount at the sum designated.

*For affirmance*—None.

*For reversal*—None.

*For modification*—THE CHIEF-JUSTICE, GARRISON, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, WHITE, TERHUNE, WILLIAMS—12.